UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00081 |
| | ) | JUDGE CAMPBELL |
| LUIS ONA-LOPEZ | ) | |

## ORDER

Due to a criminal trial, the status conference scheduled for September 14, 2012, is RESCHEDULED for September 20, 2012, at 12:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE